UNITED STATES of America, Plaintiff-Appellee,

v.

Ricardo ARCE, Defendant-Appellant.

No. 16-7704

United States Court of Appeals, Fourth Circuit.

Submitted: April 5, 2017

Decided: April 19, 2017

Ricardo Arce, Appellant Pro Se.

Michael Gordon James, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricardo Arce appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Arce*, No. 5:08-cr-00111-BO-1 (E.D.N.C. Nov. 23, 2016). We dispense with oral argument because the facts and legal contentions are

adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*